amendment all defects and irregularities in matters of form, or procedure, and may bring in all parties necessary to completely determine the matter and award the appropriate relief upon the facts established." And section 111 of the Civil Practice Act now provides that in any action or special proceeding " The court may correct by amendment all defects and irregularities in matters of form or procedure and may bring in all parties necessary to completely determine the matter and award the appropriate relief upon the facts established." I, therefore, dissent from the affirmance of the order appealed from, and vote to reverse and grant the application.

GENERAL BAKING COMPANY, Appellant, *v.* ABBOTT BAKING CORPORATION, Respondent.

*Injunction — when motion for temporary order denied.*

Appeal from order of the Supreme Court, entered in the New York county clerk's office January 28, 1922, denying plaintiff's motion for a temporary injunction. The injunction was sought *pendente lite* in an action to permanently restrain and enjoin the defendant, its servants, agents and employees, from infringement of plaintiff's trade marks and from unfair competition in the imitation of plaintiff's label or bread wrapper and for an accounting and damages.

PER CURIAM: Without expressing an opinion on the merits, we think the plaintiff did not make out a case entitling it to a temporary injunction. The order is, therefore, affirmed, with ten dollars costs and disbursements. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.; Dowling and Smith, JJ., dissent. Order affirmed, with ten dollars costs and disbursements.

DAVID RUBIN, Respondent, v. MORRIS WEINSTEIN, Appellant, Impleaded with Another.— It appearing that the relator has been discharged from custody the appeal is dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE CUNNINGHAM, Appellant, v. MORRIS CUKOR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES WIRTH, Respondent, v. BURNS BROS., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.; Laughlin, J., dissenting on the ground that in his opinion the court erred in refusing to charge defendant's fifth request.

BOOTH & FLINN, LTD., Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, Respondent.— Judgment and order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MARY DUNLEAVY, Respondent, v. LOUIS PANE, Appellant.— Orders reversed and new trial ordered. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MARY DUNLEAVY, Respondent, v. LOUIS PANE, Appellant.— Order reversed and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.